In the Matter of the Petition of HENRY H. LYMAN, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 31,344, Issued to PATRICK RYAN, Appellant.

(Submitted January 15, 1900; decided January 18, 1900.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial depart-

ment, entered November 15, 1899, which affirmed *pro forma* an order made by a justice of the Supreme Court at Chambers, appointing a referee to take testimony herein and report the same to the said justice.

The motion was made upon the ground that the order of reference is not appealable, and the order of the Appellate Division is not appealable, no certificate allowing such appeal having been granted.

The appellant, in opposition to the motion, requested leave to withdraw his appeal, without costs, application having been made to the Appellate Division to vacate the order appealed from.

*William E. Schenck* for motion.

*John P. Curley* opposed.

Application of appellant to withdraw appeal, without costs, granted.